**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 12 C 1220 |
| v. | ) | |
| | ) | Judge Castillo |
| MOORE PROFESSIONAL CHILD CARE | ) | Magistrate Judge Nolan |
| AND LEARNING CENTER, LLC, d/b/a | ) | |
| LITEHOUSE REHABILITATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed

R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against

Defendant Moore Professional Child Care and Learning Center, LLC d/b/a Litehouse

Rehabilitation, LLC with prejudice and without costs.  Plaintiff's class claims against Defendant

Moore Professional Child Care and Learning Center, LLC are dismissed without prejudice and

without costs.   The parties agree that the default entered against Moore Professional Child Care

and Learning Center, LLC on April 17, 2012 should be vacated due to the parties' settlement.

Respectfully submitted,

**PLAINTIFF**                                             **DEFENDANT**

**ABLE HOME HEALTH, LLC**              **MOORE PROFESSIONAL CHILD CARE
                                                                     AND LEARNING CENTER, LLC**


s/Heather Kolbus                                    s/ Thomas J. Hayes (w/ permission)
By one of its attorneys                            By one of its attorneys
Daniel Edelman                                       Bart T. Murphy # 6181178
Heather Kolbus                                       Thomas J. Hayes # 6280179
Edelman, Combs, Latturner & Goodwin, LLC     Ice Miller, LLP
120 S. LaSalle St., 18th Fl.                       2300 Cabot Dr., Ste. 455

Chicago, IL 60603                              Lisle, IL 60532
312-739-4200                                   630-955-6392

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on August 13, 2012, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

Bart T. Murphy
Bart.Murphy@icemiller.com

Thomas J. Hayes
Thomas.Hayes@icemiller.com

 s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)